NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**GOOGLE LLC,**
*Appellant*

**v.**

**TOUCHSTREAM TECHNOLOGIES, INC.,**
*Appellee*

---

2024-1207, 2024-1208, 2024-1210

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2022-00793, IPR2022-00794, IPR2022-00795.

---

## JUDGMENT

---

ISRAEL SASHA MAYERGOYZ, Jones Day, Chicago, IL, argued for appellant. Also represented by JOHN R. BOULE, III, Los Angeles, CA; EVAN MCLEAN, Palo Alto, CA; JENNIFER L. SWIZE, Washington, DC.

RYAN DYKAL, Boies Schiller Flexner LLP, Washington, DC, argued for appellee. Also represented by ERIC J. MAURER; ROB RECKERS, Shook, Hardy & Bacon, LLP, Houston, TX.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, HUGHES, and STARK, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

October 14, 2025
Date

Jarrett B. Perlow
Clerk of Court